## IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

FILED

May 6, 1998

Cecil W. Crowson
Appellate Court Clerk

JOE ERWIN and SUSAN ERWIN, )
as surviving parents and next of kin )
of BETHANY SUZANNE ERWIN, )
                                  )
      Plaintiffs/Appellants, )    Appeal No.
                                  )    01-A-01-9706-CV-00248
VS. )
                                  )    Maury Circuit
JAMES M. ROSE, WADE MATHENY, )    No. 5932
in his capacity as Sheriff of Maury )
County, Tennessee, MAURY COUNTY )
SHERIFF'S DEPARTMENT, MAURY )
COUNTY, TENNESSEE, and )
TRACY JOE LOVELL, )
                                  )
      Defendants/Appellees. )

## OPINION ON PETITION TO REHEAR

The appellants have filed a petition to rehear based on the Western Section's opinion in *Sims v. Stewart*, No. 02A01-9706-CV-00123 (Jackson, Jan. 21, 1998). In *Sims* the court relied on an earlier case of *Dwight v. Tennessee Farmers Mut. Ins. Co.*, 701 S.W.2d 621 (Tenn. App. 1985), and decided that the policy in question "provides that reduction for worker's compensation benefits applies to damages and in no way affects the coverage available." We think that *Dwight* stated the opposite; it stated that <u>coverage</u> was reduced by any worker's compensation benefits <u>paid or payable</u>.

We respectfully overrule the petition to rehear.

_____
HENRY F. TODD, PRESIDING JUDGE
MIDDLE SECTION

_____
BEN H. CANTRELL, JUDGE

_____
WILLIAM C. KOCH, JR., JUDGE